**FILED**

AUG 19 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS "DIMITRIS" KOUREPIS an individual, and GEORGE DAMIGOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY EUROPE LTD., and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-04438-MEJ<br><br>The Honorable Maria-Elena James<br>[~~PROPOSED~~]<br>ORDER APPOINTING INTERNATIONAL PROCESS SERVER |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (The "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

//

1 | IT IS SO ORDERED this __18__ day of ___August___, 2016.

BY THE COURT

_____
The Honorable MARIA-ELENA JAMES
Magistrate Judge